OKLAHOMA DISTRICT COURT LINCOLN COUNTY

La Tosha Davis

Plaintiff

-vs-

Dr. Vishal Aggarwal, DBA Sanraj Solutions and
DBA Prague Community Hospital

Defendants

CJ-20-102
(Case ID Number)

FILED
SEP 1 5 2020
CINDY KIRBY, COURT CLERK
LINCOLN COUNTY, OKLAHOMA

## AFFIDAVIT

I, La Tosha Davis, of Shawnee, Oklahoma, MAKE OATH AND SAY THAT:

1. I was employed by Dr. Vishal Aggarwal dba Sanraj Solutions and Prague Community Hospital as the HR Manager effective July 1, 2020.

2. During the pay period of August 9 to August 22, 2020 several employees worked extra hours due to conditions of the hospital. The patient census was high, and several employees were out due to COVID19.

    August 28, 2020 I was terminated for excessive overtime.

3. During the same pay period several White employees also worked overtime but received no adverse actions.

4. I am African American and the other employees were White. I was signaled out and wrongfully terminated I believe the actions were discriminative in violation of Title VII and State anti discrimination laws

    2014 Oklahoma Statutes

Title 25. Definitions and General Provisions

§25-1350. Employment based discrimination - Cause of action - Remedies - Procedure.

Universal Citation: 25 OK Stat § 25-1350 (2014)

STATE OF OKLAHOMA

COUNTY OF Lincoln

SUBSCRIBED AND SWORN TO BEFORE ME, on the 14th day of September, 2020

Signature *Candace Crews*
(Seal)
NOTARY PUBLIC
My Commission expires:
3-5-2022

_(Signature)_

La Tosha Davis



Notary Public
State of Oklahoma
CANDACE CREWS
LINCOLN COUNTY
COMMISSION #18002232
Comm. Exp. 03-05-2022

©2002-2020 LawDepot.com®