**IN THE DISTRICT COURT OF LINCOLN COUNTY**
**STATE OF OKLAHOMA**

LATOSHA R. DAVIS,                    )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        Case No. CJ-20-102
                                     )
PRAGUE COMMUNITY HOSPITAL            )
and DR. VISHAL AGGARWAL, d/b/a       )
SANRAJ SOLUTIONS and                 )               **FILED**
TRANSCENDENTAL UNION WITH            )
LOVE AND SPIRITUAL                   )            SEP 1 5 2020
ADVANCEMENT,                         )        CINDY KIRBY, COURT CLERK
                                     )        LINCOLN COUNTY, OKLAHOMA
            Defendants.              )

**SUMMONS AND NOTICE OF**
**AUTOMATIC TEMPORARY INJUNCTION**

To:     Dr. Vishal Aggarwal, Registered Agent for
        Prague Community Hospital,
        Sanraj Solutions and
        Transcendental Union with Love and Spiritual Advancement
        3336 East 32nd Street, Suite 200
        Tulsa, Oklahoma 74135

You have been sued by the above named Petitioner, and you are directed to file a written Response to the attached petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Response must be delivered or mailed to the Petitioner.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 15th day of Sept, 2020

                                        COURT CLERK
                                          (Seal)

                                 By: _____
                                        Deputy

                                                        **EXHIBIT 3**

Petitioner

LaTosha Davis
4110 N. Market Ave
Shawnee Ok. 74804

This summons was served on the ___ day of _____, 20___, and you must answer the petition within twenty (20) days after this date.

_____
Person Serving Summons

**YOU MAY SEEK THE ADVISE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATE IN THE SUMMONS.  READ CAREFULLY THE ATTACHED NOTICE OF AUTOMATIC TEMPORARY INJUNCTION, AS IT LIMITS YOUR RIGHTS.**