# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LATOSHA R. DAVIS, an individual,** | |
| **Plaintiff,** | |
| v. | Case No. CIV-20-1005-J |
| **PRAGUE COMMUNITY HOSPITAL and DR. VISHAL AGGARWAL, d/b/a SANRAJ SOLUTIONS and TRANSCENDENTAL UNION WITH LOVE AND SPIRITUAL ADVANCEMENT,** | |
| **Defendants.** | |

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

I hereby enter my appearance as counsel of record for Defendants, Transcendental Union with Love and Spiritual Advancement d/b/a Prague Community Hospital, Sanraj, LLC d/b/a Sanraj Staffing Solutions, and Dr. Vishal Aggarwal (collectively "Defendants").

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

                Respectfully submitted,

                **HALL, ESTILL, HARDWICK,**
                **GABLE, GOLDEN & NELSON, P.C.**

By:  *s/ Lindsay N. Kistler*
      Elaine R. Turner, OBA #13082
      Lindsay N. Kistler, OBA #32814
      100 North Broadway, Suite 2900
      Oklahoma City, OK  73102-8865
      Telephone:  (405) 553-2828
      Facsimile:  (405) 553-2855
      Email:  eturner@hallestill.com
      Email:  lkistler@hallestill.com

      **ATTORNEYS FOR DEFENDANTS, TRANSCENDENTAL UNION WITH LOVE AND SPIRITUAL ADVANCEMENT D/B/A PRAGUE COMMUNITY HOSPITAL, SANRAJ, LLC D/B/A SANRAJ STAFFING SOLUTIONS, AND DR. VISHAL AGGARWAL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following Pro Se, Plaintiff via US Mail:

LaTosha R. Davis, Plaintiff, Pro Se
4110 North Market Avenue
Shawnee, Oklahoma 74804

*s/ Lindsay N. Kistler*