# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LATOSHA R. DAVIS, an individual,<br><br>**Plaintiff,**<br><br>v.<br><br>**PRAGUE COMMUNITY HOSPITAL and DR. VISHAL AGGARWAL, d/b/a SANRAJ SOLUTIONS and TRANSCENDENTAL UNION WITH LOVE AND SPIRITUAL ADVANCEMENT,**<br><br>**Defendants.** | Case No. CIV-20-1005-J |

## **SUPPLEMENT TO NOTICE OF REMOVAL**

Defendants, Transcendental Union with Love and Spiritual Advancement d/b/a Prague Community Hospital, Sanraj, LLC d/b/a Sanraj Staffing Solutions, and Dr. Vishal Aggarwal (collectively "Defendants"), hereby supplement their Notice of Removal [Dkt. No. 1] as follows:

1. Defendants removed this matter from the District Court of Lincoln County, Oklahoma, on October 5, 2020. [Dkt. No. 1.]

2. At the time of removal, Defendants have not received the Paupers' Affidavit and Return of Service documents previously filed in the matter, but had requested copies of the same from the Lincoln County District Court.

3. Defendants received copies of the foregoing documents and hereby supplement their Notice of Removal to include the Paupers' Affidavit, attached hereto as Exhibit 1, and the Return of Service document, attached hereto as Exhibit 2.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: *s/Lindsay N. Kistler*
Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
Email:  lkistler@hallestill.com

**ATTORNEYS FOR DEFENDANTS, TRANSCENDENTAL UNION WITH LOVE AND SPIRITUAL ADVANCEMENT D/B/A PRAGUE COMMUNITY HOSPITAL, SANRAJ, LLC D/B/A SANRAJ STAFFING SOLUTIONS, AND DR. VISHAL AGGARWAL**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and to the following Pro Se Plaintiff via U.S. Mail:

    LaTosha R. Davis, Plaintiff, Pro Se
    4110 North Market Avenue
    Shawnee, Oklahoma 74804

                                                *s/ Lindsay N. Kistler*

2219624.1:008099:00001