IN THE DISTRICT COURT OF _Liajcolaj_ COUNTY **FILED**
STATE OF OKLAHOMA

_LaTosHa     Davis_

                )

**Plaintiff,**
vs. _Visaj  Aggaewaf  DBA_      )   Case Number _CU  20- 102_
_Saneaj  Solutions  DBA PCH_ )

                )

**Respondent.**

SEP 1 5 2020

CINDY KIRBY, COURT CLERK
LINCOLN COUNTY, OKLAHOMA

**PAUPER'S AFFIDAVIT**

Name: _LaTosHa   Davis_  Social Security No.: xxx-xx-_1241_ (last 4)

Address: _4110  N. Maeket Ave  SHawnee  OK. 74804_

1.  Are you employed? __ Yes _X_ No.  If so, who do you work for?

    Salary or rate per hour: $              How long at this job?

2.  Do you _X_ rent or __ own your residence? _Rent_

    How much is your rent or mortgage payment? $_600_ per month.

    List the names of the persons living with you and their relationship to you:

    _N/A_

3.  Financial Resources.  List the following items:

    a.  Bank Accounts: $_35.00_

    b.  Cash on Hand: $_25.00_

    c.  Securities, Stocks, Bonds: _0_

    d.  Are you due a tax refund? __ Yes _X_ No.  If so, how much? $_____

    e.  Life Insurance Cash Value: _N/4_

    f.  Does anyone owe you money? _____ Yes _X_ No.  If so, who and how much?

    _____  $ _____

    _____  $ _____

    _____  $ _____

    _____  $ _____

    _____  $ _____

1

**EXHIBIT 1**

g. Do you have any pending lawsuits for the recovery of money? No If so, list:

$ 0
_____
$ 0

h. If you own any of the following, state the value:

Home $ 0      Car $ 500      Boat $ 0
Jewelry $ 0   Furniture $ 200 Tools $ 0
Appliances $ 0 Equipment $ 0

4. Expenses:

List the debts you owe:

| CREDITOR | BALANCE | MO. PAYMENT |
|---|---|---|
|  | $ | $ |
| OGE | $ 150 | $ 75 |
| City of Shawnee | $ 50 | $ 25 |
|  | $ | $ |
|  | $ | $ |

What are your average monthly utility bills?

Electricity $ 125        Phone $ 200

Water/Trash $ 80         Gas $ 50

5. Have you transferred or sold any property since this case was filed? NO If so, describe the buyer, the property transferred, and the amount you received?

6. Do you have an attorney in this or any other pending civil or criminal case? NO If so, what is the attorney name and how much have you paid the attorney?
_____ $ _____

7. Do you have any friends and/or relatives who are able and willing to assist you in hiring an attorney and/or paying the costs of this case? __ Yes X No. If so, have those persons been asked for help? __ Yes __ No.

   I swear (or affirm under penalty of perjury) that I am without funds or other sources of income to pay an attorney and/or to pay the costs associated with this case. I have READ and UNDERSTAND the above sworn statement and understand that if it is knowingly false, a charge of PERJURY could be filed against me.

Sign Your Name

Lalos HA Davis
Print Your Name

2

Subscribed and sworn to before me this __/5__ day of __Sept__ __, 2020

Leena Mattheyer
~~Notary Public~~ deputy court clerk

My Commission Expires:                     My Commission Number:

_____                   _____

## ORDER RELATING TO COURT COSTS

It is ORDERED that the costs in this case shall be $_____ at this time, and shall be:

☐ reconsidered at final hearing;

☐ assessed before the final order is entered;

☒ waived in full.

Dated: __9-15-2020__

Judge of the District Court

_____

Print Your Name

_____

Print Your Address

_____

City, State, Zip Code

_____

Print Your Phone Number

8.14.20

To whom It may concern.

My Name Is Latosha Davis And I am requesting the approval of a Paupers Affidavit. in order to file a civil suit. I worked at Prague Community Hospital and I was terminate for EXCESSIVE Over time THERE WERE 7 other people who worked ~~...~~ on Overtime But were not Fired. I BELIEVE I was Discriminated

against.

I used my last check to pay bills & I don't have the financial resources to pay court cost.

I am awaiting a decision from Legal Aid, as to if I am approved for their office to represent me.

L. Dann